AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern ——————— DISTRICT OF ——————— California

E-filing

## SUMMONS IN A CIVIL CASE

See 1 in Addendum
**V.**
See 2 in Addendum

CASE NUMBER:

CV 07       6473

TO: (Name and address of defendant)
See 3 in Addendum

**CRB**

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

DEC 2 6 2007

DATE

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3
APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself
and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF
BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND;
          Plaintiffs.

2.    STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California corporation;
      LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation;
      Defendants.

3.    STRAIGHT LINE CAULKING & WATERPROOFING, INC.
      ATTN: Karen Titus
      8505 Church Street #16
      Gilroy, CA 95020

      LINCOLN GENERAL INSURANCE COMPANY
      ATTN: CT CORPORATION SYSTEM
      818 West Seventh Street
      Los Angeles, CA 90017