AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Northern ———— DISTRICT OF ———— California

E-filing

See 1 in Addendum
V.
See 2 in Addendum

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CV 07 6473

CRB

TO: (Name and address of defendant)
See 3 in Addendum

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

(BY) DEPUTY CLERK

DATE   DEC 2 6 2007

MARY ANN BUCKLEY

TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND;
   Plaintiffs.

2. STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California corporation; LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation; Defendants.

3. STRAIGHT LINE CAULKING & WATERPROOFING, INC.
   ATTN: Karen Titus
   8505 Church Street #16
   Gilroy, CA 95020

   LINCOLN GENERAL INSURANCE COMPANY
   ATTN: CT CORPORATION SYSTEM
   818 West Seventh Street
   Los Angeles, CA 90017

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California  94133-2930 | (415) 834-1778 | |
| Attorneys for:    PLAINTIFFS | Ref. No. Or File No.<br>W2490263 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.

Defendant:
STRAIGHT LINE CAULKING & WATERPROOFING COMPANY, et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6473 CRB |
|---|---|---|---|---|

I, Raymond Peterson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT, RECOVERY OF DELINQUENT WAGE AND FRINGE BENEFIT CONTRIBUTIONS; CONTRACTORS' LICENSE BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENE AND ADR DEADLINE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;L UNITED STATES DISTRICT COURT DROP BOX FILING PROCEDURES; NOTICE OF ABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WAIVER OF SERVIE OF SUMMONS; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California Corporation

By Serving        : JESSICA KOHISTRUNK, Office Manager.

Address           : 8505 Church Street #16 , Gilroy, California  95020
Date & Time       : Friday, January 18, 2008 @ 10:43 a.m.
Witness fees were : Not applicable.

Person serving:
Raymond Peterson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 68
   (3) County: Monterey
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 23, 2008                             Signature: _____
                                                              Raymond Peterson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| | Ref. No. Or File No.<br>W2490263 | |
| Attorneys for: PLAINTIFFS | | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST, et al.

Defendant:
STRAIGHT LINE CAULKING & WATERPROOFING COMPANY, et al.

| POS BY MAIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 07 6473 CRB |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On January 18, 2008, I served the within:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT, RECOVERY OF DELINQUENT WAGE AND FRINGE BENEFIT CONTRIBUTIONS; CONTRACTORS' LICENSE BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENE AND ADR DEADLINE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;L UNITED STATES DISTRICT COURT DROP BOX FILING PROCEDURES; NOTICE OF ABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WAIVER OF SERVIE OF SUMMONS; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class, in the United States mail at San Francisco, California, addressed as follows:

STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California Corporation
8505 Church Street #16
Gilroy, California 95020
**KAREN TITUS - AGENT FOR SERVICE OF PROCESS**

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
(1) Employee or independent contractor
(2) Registration No.: 542
(3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 23, 2008

Signature: _____
Scott Simons

Judicial Council form, rule 982(a) (23)

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KENT KHTIKIAN, ESQ. (99843)<br>KATZENBACH AND KHTIKIAN<br>Defendant:<br>STRAIGHT LINE CAULKING & WATERPROOFING COMPANY, et al. | (415) 834-1778 | |

| **PROOF OF SERVICE** | Date | Time | Dept/Div | Case Number:<br>CV 07 6473 CRB |
|---|---|---|---|---|

I, B. Anderson                         , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT, RECOVERY OF DELINQUENT WAGE AND FRINGE BENEFIT CONTRIBUTIONS; CONTRACTORS' LICENSE BOND; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENE AND ADR DEADLINE; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;L UNITED STATES DISTRICT COURT DROP BOX FILING PROCEDURES; NOTICE OF ABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WAIVER OF SERVIE OF SUMMONS; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : LINCOLN GENERAL INSURANCE COMPANY, a Pennslyvania Corporation

By Serving        : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM,
                    Agent for Service of Process
Address           : 818 West Seventh Street, Los Angeles, California 90017
Date & Time       : Friday, January 18, 2008 @ 2:45 p.m.
Witness fees were : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 18, 2008                           Signature: _____
                                                              B. Anderson

Printed on recycled paper