1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California 94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415 834-1842

5  Attorney for Plaintiffs

6

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 TRUSTEES OF THE BRICKLAYERS LOCAL NO.   ) CASE NO.: CV -7-06473 CRB
   3 PENSION TRUST; TRUSTEES OF THE        )
12 BRICKLAYERS LOCAL NO. 3 HEALTH AND      )
   WELFARE TRUST; TRUSTEES OF THE          ) STIPULATION FOR ENTRY
13 BRICKLAYERS AND ALLIED CRAFTS LOCAL     ) OF JUDGMENT AND
   NO. 3 APPRENTICE TRAINING TRUST;        ) JUDGMENT
14 INTERNATIONAL UNION OF                  )
   BRICKLAYERS AND ALLIED CRAFTSMEN,       )
15 AFL-CIO, LOCAL UNION NO. 3, on behalf   )
   of itself and as agent for              )
16 its members; TRUSTEES OF THE            )
   INTERNATIONAL UNION OF BRICKLAYERS AND  )
17 ALLIED CRAFTSMEN PENSION FUND,          )
                                           )
18         Plaintiffs,                     )
                                           )
19 vs.                                     )
                                           )
20 STRAIGHT LINE CAULKING & WATERPROOFING, )
   INC., a California corporation; LINCOLN GENERAL )
21 INSURANCE COMPANY, a Pennsylvania       )
   corporation;                            )
22                                         )
           Defendants.                     )
23 _____)

24     This matter, having come before the undersigned Judge, and the Plaintiffs, by and through

25 their attorney of record, Kimberly A. Hancock, and the Defendant, STRAIGHT LINE

26 CAULKING & WATERPROOFING, INC., a California corporation, having stipulated to

27 judgment, as indicated by the signature hereto of the attorney for Plaintiffs and the signatures of

28 Defendant and Plaintiffs, all parties consenting to Entry of Judgment as set forth below and

1 | waiving any further notice regarding this stipulation, the judgment or entry of judgment, and the
2 | court having reviewed the records and files herein and being fully advised of the premises does
3 | hereby:
4 |     ORDER, ADJUDGE AND DECREE that:
5 |     Plaintiffs do hereby have judgment against Defendant, STRAIGHT LINE CAULKING &
6 | WATERPROOFING, INC., for the sum of $33,181.89 (Thirty Three Thousand One Hundred
7 | Eighty-One Dollars and Eighty-Nine Cents), plus interest at the annual rate of Ten Percent (10%)
8 | from the date of the entry of judgment until paid.

13 | Dated: _____

                                          Hon. Charles R. Bryer
                                          JUDGE, U.S. DISTRICT COURT

17 |     STRAIGHT LINE CAULKING & WATERPROOFING, INC., understands and
18 | agrees to all of the terms set forth in this stipulated judgment and requests that judgment be
19 | entered as herein stated. The undersigned is an officer of STRAIGHT LINE CAULKING &
20 | WATERPROOFING, INC., and executes this stipulation on behalf of, and with the knowledge,
21 | authorization and consent of the Board of Directors of STRAIGHT LINE CAULKING &
22 | WATERPROOFING, INC., to all of the terms set forth in this stipulated judgment and requests
23 | that judgment be entered as herein stated.

25 | Dated: February ___, 2008    STRAIGHT LINE CAULKING & WATERPROOFING, INC.

                                 By: _/s/ Ralph W. Titus_____
                                 Name: Ralph Titus
                                 Title: President, Straight Line Caulking & Waterproofing, Inc.

Mar 04 08 09:49a    KATZENBACH & KHTIKIAN    14158341842    p.7

1
2   The undersigned is the President of the plaintiff Union, a Trustee of the plaintiff trusts
3   and executes this stipulation on behalf of, and with the knowledge, authorization and consent of
4   Plaintiffs, to all of the terms set forth in this stipulated judgment and requests that judgment be
5   entered as herein stated.
6
7   Dated: ~~February~~ March 4, 2008    TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION
8                                        TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3
                                         HEALTH AND WELFARE TRUST; TRUSTEES OF THE
                                         BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3
9                                        APPRENTICE TRAINING TRUST; INTERNATIONAL UNION
                                         OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO,
10                                       LOCAL UNION NO. 3; TRUSTEES OF THE
                                         INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED
11                                       CRAFTSMEN PENSION FUND ("Plaintiffs")
12
13                                       By: _____Tom Spear_____
14                                       Name: Tom Spear
15                                       Title: President, International Union of Bricklayers and Allied
                                         Craftworkers, AFL-CIO, Local Union No. 3; Trustee
16
17
18
19  The undersigned is the attorney of record for Plaintiffs, and approves this stipulation and
    judgment as to form.
20
21                                       KATZENBACH & KHTIKIAN
22
23  Dated: ~~February~~ March 5, 2008    By: _____Kimberly A. Hancock_____
24                                       Kimberly A. Hancock
                                         Attorney for Plaintiffs
25
26
27
28

**PROOF OF SERVICE BY MAIL**

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On March 5, 2008, I served the within:

1) STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT

on the parties remaining in the action herein, by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

| | |
|---|---|
| Straight Line Caulking & Waterproofing, Inc. c/o Ralph Titus 8505 Church Street, Suite 16 Gilroy, CA 95020 | J. Michael Pisias, Jr. 177 Post Street, Suite 700 San Francisco, CA 94108-4725 Attorney for Lincoln General Insurance Company |

I declare under penalty of perjury that the forgoing is true and correct, and that this declaration was executed on March 5, 2008 in San Francisco, California.

_____
Esther Kim

PROOF OF SERVICE - 1