1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California  94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415 834-1842

5  Attorney for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10
   TRUSTEES OF THE BRICKLAYERS LOCAL NO.      )  CASE NO.: CV -7-06473 CRB
11 3 PENSION TRUST; TRUSTEES OF THE            )
   BRICKLAYERS LOCAL NO. 3 HEALTH AND          )
12 WELFARE TRUST; TRUSTEES OF THE              )  STIPULATION FOR ENTRY
   BRICKLAYERS AND ALLIED CRAFTS LOCAL         )  OF JUDGMENT AND
13 NO. 3 APPRENTICE TRAINING TRUST;            )  JUDGMENT
   INTERNATIONAL UNION OF                      )
14 BRICKLAYERS AND ALLIED CRAFTSMEN,           )
   AFL-CIO, LOCAL UNION NO. 3, on behalf       )
15 of itself and as agent for                  )
   its members; TRUSTEES OF THE                )
16 INTERNATIONAL UNION OF BRICKLAYERS AND      )
   ALLIED CRAFTSMEN PENSION FUND,              )
17                                             )
                                               )
18      Plaintiffs,                            )
                                               )
19 vs.                                         )
                                               )
20 STRAIGHT LINE CAULKING & WATERPROOFING,     )
   INC., a California corporation; LINCOLN GENERAL )
21 INSURANCE COMPANY, a Pennsylvania           )
   corporation;                                )
22                                             )
        Defendants.                            )
23 _____)

24      This matter, having come before the undersigned Judge, and the Plaintiffs, by and through

25 their attorney of record, Kimberly A. Hancock, and the Defendant, STRAIGHT LINE

26 CAULKING & WATERPROOFING, INC., a California corporation, having stipulated to

27 judgment, as indicated by the signature hereto of the attorney for Plaintiffs and the signatures of

28 Defendant and Plaintiffs, all parties consenting to Entry of Judgment as set forth below and

1   waiving any further notice regarding this stipulation, the judgment or entry of judgment, and the

2   court having reviewed the records and files herein and being fully advised of the premises does

3   hereby:

4        ORDER, ADJUDGE AND DECREE that:

5        Plaintiffs do hereby have judgment against Defendant, STRAIGHT LINE CAULKING &

6   WATERPROOFING, INC., for the sum of $33,181.89 (Thirty Three Thousand One Hundred

7   Eighty-One Dollars and Eighty-Nine Cents), plus interest at the annual rate of Ten Percent (10%)

8   from the date of the entry of judgment until paid.

9

10

11

12

13  Dated:    March 7, 2008

14                                              _____
                                                Hon. Charles Breyer
                                                JUDGE, U.S. NORTHERN DISTRICT COURT



15

16

17       STRAIGHT LINE CAULKING & WATERPROOFING, INC., understands and

18  agrees to all of the terms set forth in this stipulated judgment and requests that judgment be

19  entered as herein stated.  The undersigned is an officer of STRAIGHT LINE CAULKING &

20  WATERPROOFING, INC., and executes this stipulation on behalf of, and with the knowledge,

21  authorization and consent of the Board of Directors of STRAIGHT LINE CAULKING &

22  WATERPROOFING, INC., to all of the terms set forth in this stipulated judgment and requests

23  that judgment be entered as herein stated.

24

25  Dated: February    , 2008    STRAIGHT LINE CAULKING & WATERPROOFING, INC.

26

27  By: _____

28  Name: Ralph Titus

    Title:  President, Straight Line Caulking & Waterproofing, Inc.

STIPULATION FOR ENTRY OF JUDGMENT AND JUDGMENT
CASE NO.: C7 07-06473 CRB                                                    2

1

2      The undersigned is the President of the plaintiff Union, a Trustee of the plaintiff trusts

3  and executes this stipulation on behalf of, and with the knowledge, authorization and consent of

4  Plaintiffs, to all of the terms set forth in this stipulated judgment and requests that judgment be

5  entered as herein stated.

6

7  Dated: ~~February~~ March 4 , 2008      TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION
                                          TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3
8                                         HEALTH AND WELFARE TRUST; TRUSTEES OF THE
                                          BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3
9                                         APPRENTICE TRAINING TRUST; INTERNATIONAL UNION
                                          OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO,
10                                        LOCAL UNION NO. 3; TRUSTEES OF THE
                                          INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED
11                                        CRAFTSMEN PENSION FUND ("Plaintiffs")

12

13                                        By: _Tom Spear_____

14                                        Name: Tom Spear

15                                        Title: President, International Union of Bricklayers and Allied
                                          Craftworkers, AFL-CIO, Local Union No. 3; Trustee
16

17

18      The undersigned is the attorney of record for Plaintiffs, and approves this stipulation and

19  judgment as to form.

20

21                                        KATZENBACH & KHTIKIAN

22

23  Dated: ~~February~~ March 5 , 2008      By: _Kimberly A. Hancock_____

24                                              Kimberly A. Hancock
                                                Attorney for Plaintiffs
25

26

27

28