```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842

 5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California corporation; LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation;<br><br>    Defendants. | CASE NO.: CV -7-06473 CRB<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

    Pursuant to FRCivP 41(a)(1), Plaintiffs hereby request the dismissal, without prejudice, of defendant LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation, from this action.

Dated: March 31, 2008                        /S/ Kimberly A. Hancock
                                                      Katzenbach and Khtikian
                                                      Kimberly A. Hancock
                                                     Attorney for Plaintiffs

## PROOF OF SERVICE BY MAIL

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On March 31, 2008, I served the foregoing:

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

on the parties remaining the action herein, by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Straight Line Caulking &
Waterproofing, Inc.
c/o Ralph Titus
8505 Church Street, Suite 16
Gilroy, CA 95020

J. Michael Pisias, Jr.
177 Post Street, Suite 700
San Francisco, CA 94108-4725
Attorney for Lincoln General
Insurance Company

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 31, 2008 in San Francisco, California.

/s/ Esther Kim
Esther Kim