Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>STRAIGHT LINE CAULKING & WATERPROOFING, INC., a California corporation; LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation;<br><br>    Defendants. | CASE NO.: CV -7-06473 CRB<br><br>NOTICE OF ENTRY OF AMENDED JUDGMENT |

    WHEREAS the parties previously stipulated to entry of judgment in the amount of $33,181.89;

    WHEREAS on March 7, 2008, this Court ordered entry of judgment against defendant Straight Line Caulking & Waterproofing, Inc., in the amount of $33,181.89 pursuant to the parties stipulation;

1  WHEREAS the parties now desire to amend the judgment entered on March 7, 2008:

2  This matter, having come before the undersigned Judge, and the Plaintiffs, by and
3  through their attorney of record, Kimberly A. Hancock, and the Defendant, STRAIGHT LINE
4  CAULKING & WATERPROOFING, INC., a California corporation, having stipulated to an
5  amended judgment, as indicated by the signature hereto of the attorney for Plaintiffs and the
6  signatures of Defendant and Plaintiffs, all parties consenting to Entry of Amended Judgment as
7  set forth below and waiving any further notice regarding this stipulation, the amended judgment
8  or entry of amended judgment, and the court having reviewed the records and files herein and
9  being fully advised of the premises does hereby:

10  ORDER, ADJUDGE AND DECREE that:

11  Plaintiffs do hereby have judgment against Defendant, STRAIGHT LINE CAULKING
12  & WATERPROOFING, INC., for the sum of Twenty-Three Thousand Four Hundred Five
13  Dollars and Ninety-Four Cents ($23,405.94), plus interest at the annual rate of Ten Percent
14  (10%) from the date of the entry of judgment until paid.  This judgment shall amend that
15  judgment entered by this Court on March 7, 2008.

19  Dated:  July  31, 2008                          _____
20                                                  Hon. Charles R. Breyer
                                                    JUDGE, U.S. DISTRICT COURT

*IT IS SO ORDERED — Judge Charles R. Breyer*

22  STRAIGHT LINE CAULKING & WATERPROOFING, INC., understands and
23  agrees to all of the terms set forth in this stipulated judgment and requests that judgment be
24  amended and entered as herein stated.  The undersigned is an officer of STRAIGHT LINE
25  CAULKING & WATERPROOFING, INC., and executes this stipulation on behalf of, and with
26  the knowledge, authorization and consent of the Board of Directors of STRAIGHT LINE
27  CAULKING & WATERPROOFING, INC., to all of the terms set forth in this stipulated
28  judgment and requests that judgment be amended and entered as herein stated.

| | | |
|---|---|---|
| 1 | Dated: _____, 2008 | STRAIGHT LINE CAULKING & WATERPROOFING, INC. |

By:_____

Name: Ralph Titus

Title: President, Straight Line Caulking & Waterproofing, Inc.

The undersigned is the President of the plaintiff Union, a Trustee of the plaintiff trusts and executes this stipulation on behalf of, and with the knowledge, authorization and consent of Plaintiffs, to all of the terms set forth in this stipulated judgment and requests that judgment be amended and entered as herein stated.

Dated: February     , 2008      TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 PENSION TRUST; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND ("Plaintiffs")

By:_____

Name: Tom Spear

Title: President, International Union of Bricklayers and Allied Craftworkers, AFL-CIO, Local Union No. 3; Trustee

The undersigned is the attorney of record for Plaintiffs, and approves this stipulation and amended judgment as to form.

KATZENBACH & KHTIKIAN

Dated: February     , 2008      By:_____
                                      Kimberly A. Hancock

| | |
|---|---|
| 1 | Attorney for Plaintiffs |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |